In the Matter of the Application of INVESTING ASSOCIATES, INC., Appellant,

for a Mandamus Order against HENRY M. GOLDFOGLE and Others, as Commissioners, Constituting the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, and Another, Respondents.— Order denying motion for peremptory mandamus order, and order denying motion for resettlement thereof, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.